U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED    LAFAYETTE

FEB 11 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DEBRA EUGENE | CIVIL ACTION NO. 14-0219 |
| VERSUS | JUDGE HAIK |
| HOUSING AUTHORITY OF THE CITY OF MORGAN CITY, ET AL. | MAGISTRATE JUDGE HANNA |

## ORDER

Considering the "Verified Complaint for Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction" [Doc. 1] filed by the plaintiff Debra Eugene,

This Court GRANTS the request for a temporary restraining order, without any evidence presented thus far, and a hearing will take place on February 19, 2014 at 10:00 a.m. to determine the validity of the temporary restraining order. IT IS FURTHER ORDERED that should the temporary restraining order be extended by the Court, the Court will set an injunction hearing on March 6, 2014.

THUS DONE AND SIGNED in Lafayette, Louisiana on this 10th day of February, 2014.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE