```
                       UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF LOUISIANA
                             LAFAYETTE DIVISION

PRESENT: HON.   RICHARD T. HAIK  , JUDGE, Presiding      Date: February 19, 2014
                Deidre Juranka   , Court Reporter
                Paula S. Jordan  , Minute Clerk

COURT OPENED:     10:00 A.M.        COURT ADJOURNED: 11:00 A.M.    Total Time: 1/00
_____
                                MINUTES OF COURT
_____

CASE NO. 14cv0219          JUDGE: Haik            MAGISTRATE JUDGE Hanna

                              Eugene   v. Robinson

                                  APPEARANCES
                  DaShawn P. Hayes    FOR Debra Eugene
                  Clarence Robinson,Jr. FOR Clarence Robinson,Jr.
          Sandra Greene and Diana Pace    FOR Housing Authority Morgan City

                                       FOR

_____
CASE CALLED FOR                           FILINGS: Witness List
 X  Hearing on motion                              Exhibit List
____ Jury selection only
____ Trial with/without jury    day
____ Other

_____
VERDICT, RULING, COMMENTS:
```

This case came on for hearing on Motion for Preliminary Injunction, Motion for Permanent Injunction[1], filed by Debra Eugene, argued and IT IS ORDERED that said motion is hereby DENIED.

A hearing in this matter is set for March 12, 2014 at 10:00 a.m. at the Morgan City City Court in Morgan City, LA.